No. 89–6682.   GRAY *v.* CITY OF HOUSTON ET AL.   C. A. 5th Cir.   Certiorari denied.

No. 89–6684.   NORTHARD *v.* NAGLE, WARDEN, ET AL.   C. A. 11th Cir.   Certiorari denied.

No. 89–6687.   MAZO *v.* NEWSOME, WARDEN.   C. A. 11th Cir. Certiorari denied.

No. 89–6697.   BUCKLEY *v.* KLEVENHAGEN ET AL.   C. A. 5th Cir.   Certiorari denied.

No. 89–6698.   DELLENBACH *v.* LETSINGER ET AL.   C. A. 7th Cir.   Certiorari denied.

No. 89–6703.   ROSS *v.* JEFFES ET AL.   C. A. 3d Cir.   Certiorari denied.

No. 89–6706.   BERBICK *v.* PROVIDENT NATIONAL BANK ET AL. Sup. Ct. Pa.   Certiorari denied.

No. 89–6711.   ALLISON *v.* OHIO DISCIPLINARY COUNSEL.   Sup. Ct. Ohio.   Certiorari denied.

No. 89–6712.   THOMAS *v.* COWLEY, WARDEN, ET AL.   C. A. 10th Cir.   Certiorari denied.

No. 89–6713.   BROOKE *v.* CALIFORNIA (two cases).   Ct. App. Cal., 1st App. Dist.   Certiorari denied.

No. 89–6714.   WILLIAMS *v.* OKLAHOMA.   Ct. Crim. App. Okla. Certiorari denied.

No. 89–6720.   FRANCOIS *v.* UNITED STATES.   C. A. 4th Cir. Certiorari denied.

No. 89–6721.   BROWN *v.* VIRGINIA EMPLOYMENT COMMISSION ET AL.   Ct. App. Va.   Certiorari denied.

No. 89–6723.   GALLAGHER *v.* MORROW COUNTY LAW LIBRARY ASSN. ET AL.   C. A. 6th Cir.   Certiorari denied.

No. 89–6732.   MOROVITZ *v.* MOROVITZ.   Ct. App. Mo., Eastern Dist.   Certiorari denied.

No. 89–6734.   JOHNSON *v.* KENTUCKY.   Sup. Ct. Ky.   Certiorari denied.